No. 10–10278. DICKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10282. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10283. WHITE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–10284. AYALA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–10288. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10289. HERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10290. FERGUSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10292. HAIRSTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10299. HUGHES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10301. GONZALEZ-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10303. MITCHELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10308. MONGHAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10312. BATES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–961. KUMAR v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–1038. BLACK ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.